**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CHERYL L. HOWARD

    VS                                                      CASE NO.  3:17-cv-65-RV-CJK

UNION SECURITY INSURANCE
COMPANY

**FINAL JUDGMENT**

This action came before the Honorable Roger Vinson.  The issues have been reviewed and a decision has been rendered.

Final Summary Judgment is hereby entered in favor of defendant, UNION SECURITY INSURANCE COMPANY, and against Plaintiff, CHERYL L. HOWARD, along with tax costs.

                                                          JESSICA J. LYUBLANOVITS
                                                          CLERK OF COURT

May 30, 2018                               /s/ Monica Broussard
DATE                                           Deputy Clerk: Monica Broussard